United States District Court
Southern District of Texas
**ENTERED**
February 05, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHNNY RAY PARTAIN,<br>    Plaintiff,<br><br>v.<br><br>CITY OF SOUTH PADRE ISLAND,<br>TEXAS, DENNIS W. STAHL, ANNA D.<br>STAHL, and VICTOR CARRANZA,<br>    Defendants. | § § § § § § § § § | Civil Action No. 1:16-cv-00317 |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Report and Recommendation of the Magistrate Judge" (hereafter "R&R") (Docket No. 61). The R&R recommended granting summary judgment as to all claims against the City of South Padre Island, Dennis Stahl, Anna Stahl, and Victor Carranza[1] (collectively hereafter "Defendants"). Docket No. 61 at 29. Johnny Ray Partain (hereafter "Plaintiff") timely filed "Plaintiff's Objections to Report and Recommendation of the [sic] Majistrate Judge" (hereafter "Plaintiff's Objections") (Docket No. 65). In turn, Dennis Stahl and the City of South Padre Island, Texas timely filed "Defendants' Response to Plaintiff's Objections to Report and Recommendation of the Magistrate Judge" (Docket No. 66).

After a *de novo* review of the file, the R&R is hereby **ADOPTED**. Plaintiff's Objections are **OVERRULED**, and it is **ORDERED** that Plaintiff's claims against Defendants are hereby **DISMISSED WITH PREJUDICE**. The Clerk of Court is **ORDERED** to close this case.

Signed on this 5th day of February, 2019.

Rolando Olvera
United States District Judge

---

[1] The R&R construed all claims against Carranza as claims against the City of South Padre Island. Docket No. 61 at 1, n.1.